STATE OF MAINE                          SUPERIOR COURT
CUMBERLAND, ss.                         CRIMINAL ACTION
                                        DOCKET CR-07-1110,
                                        07-1199, 07-1846, 07-2126
                                        JAW - CUM - 1/4/2008

STATE OF MAINE

v.                          ORDER OF JOINDER

FRANK LAPOMARDA

This matter came before the court on the State's request to join the above cases

for a single trial pursuant to M.R.Crim.P. 8(c). The defendant object to the State's request

except as follows. The parties have stipulated that the following cases may be joined: (1)

CR-07-1110 and CR-07-1199 may be joined for a single trial and (2) Counts Two, Three

and Four of CR-07-1846 may be joined for a single trial.

Lapomarda is charged as follows:

CR-07-1110, Counts 1 and 2, Gross Sexual Assault of Rhoda Crocker on April 15, 2007

CR-07-1199, Count 1, Tampering with a Victim, Rhonda Crocker, on May 9, 2007

        Count 2, Violating a Condition of Release on May 9, 2007

CR-07-1846, Count 1, Gross Sexual Assault of Rose LaBarr on April 22, 2002

        Count 2, Unlawful Sexual Contact of Rhea Zecchino on January 6, 2007

        Count 3, Harassment by Telephone of Rhea Zecchino on January 21, 2007

        Count 4, Theft of house keys from Rhea Zecchino on January 21, 2007

CR-07-2162, Count 1, Aggravated Assault of Charlene Rideout on July 27, 2005

        Pursuant to M.R.Crim.P. 8(c), the court may order "two or more indictments . . .

to be tried together against a single defendant if the crimes should have been joined under

paragraph (a)." Paragraph 8(a) provides for the joinder of two or more crimes "if crimes

charged, whether of the same class or different classes, are of the same or similar character or are based on the same act or transaction or on two or more acts or transactions which are connected or which constitutes part of a common scheme or plan." If the crimes "are connected in any reasonable manner, they are properly joinable." *State v. Pierce*, 2001 ME 14, ¶ 13, 770 A.2d 630 (quotation marks and citation omitted). The test in determining whether there is a common scheme or plan is whether the events in each charge alleged are connected "in time, purpose and modus operandi." *Id. at ¶ 16* (quotation marks and citation omitted).

The defendant is charged with crimes of a similar character that are connected by a common scheme or plan. Although there are differences in the details in which the crimes were carried out, the overall purpose and modus operandi are similar. None of the crimes are alleged to have occurred in exactly the same way because it is alleged that the defendant adapted his method to get each victim to where he wanted her and his method varied with the victim's degree of resistance, but in all other ways, the alleged crimes are strikingly similar. They are connected in purpose and modus operandi.

In the first incident, it is alleged he pulled his car up to the sidewalk on High Street, near the Eastland Hotel, where Ms. LaBarr was walking and motioned her over to his car. He took her to Denny's for a meal, then told her he was redecorating his house and asked her advice getting her to his home, he suggested she stay in one of his bedrooms, and before the attack when she came out of the bathroom, the defendant was wearing only a pajama top and his genitals were exposed. Shortly after she went to bed, he entered the room where she was sleeping and sexually assaulted her twice.

A True Copy
Attest: *Jolly W. ...*
/Clerk of ...

In the second incident, it is alleged that he met Ms. Rideout while he was in his car and she was on Congress Street near her home on Congress Street. He was to take her to a bar in the Morrill's Corner neighborhood but on the way suggested that they go to his house because it was cheaper. Before the sexual attack, the defendant went to his bedroom and emerged wearing boxer shorts with his genitals protruding. When Ms. Rideout resisted his advance, the defendant broke her ankle.

In the third incident, it is alleged that the defendant met Ms. Zecchino on Dyer Street near Dyer's Market when the defendant approached her. The defendant took Ms. Zecchino to Old Country Buffet for a meal. While at the restaurant, she realized that her keys were missing. The defendant told Ms. Zecchino that she could stay at his house since she had no way of getting into her own house. (The lost keys were later found in defendant's trousers when he was found outside of her home.) When she fell asleep on the couch, he suggested she go into one of the bedrooms to sleep but would not let her take her dog into the bedroom. She awoke to find him trying to sexually assault her and managed to escape into his living room.

And, in the final incident, he drove his car up to the Preble Street Shelter and engaged Ms. Crocker in conversation. The defendant took Ms. Crocker to Old Country Buffet for a meal and then took her to Wal-Mart and then drove her around for hours showing her locations important in his life until he told her it was too late to return to the shelter and she could stay at his house. At his house, he offered her a bedroom to sleep in, and several hours after she went to bed, he entered the bedroom where she was, and when she resisted his sexual overtures, he grabbed her arm and injected a needle into it and then proceeded to sexually assault her.

A True Copy
Attest: _Jolly A. Bougie_
/Clerk of Courts

The ways in which the defendant insinuated himself into their lives and got them to his house are clearly similar. In each of the cases, he met the victims on the street, whether at a homeless shelter, on the sidewalk or in the vicinity of a local convenience store. On the night of each of the assaults, he took the victim to first to a restaurant or bar and then to his home where the sexual assault occurred. In the case of Rhonda Crocker and Rhea Zecchino, he took them first to a restaurant followed by a trip to Wal-Mart to get nightclothes for each of the women. He used or engineered excuses to get the victims to his house and once there assaulted them. Where there are a great number of similarities that create a pattern, as here, joinder is appropriate. "That all parts of the State's 'common scheme or plan' were not present in every incident does not mean that the 'common scheme or plan' did not exist." *State v. Pierce*, 2001 ME 14, ¶ 12, 770 A. 2d 63, 634.

Joinder of these crimes will conserve judicial resources, avoid duplicative trials, minimize the public expenditure of funds and provides the defendant with a prompt resolution of the charges. The trial judge, with proper instructions, can assist the jury in treating the evidence relevant to each crime separately and distinctly.

The entry is:

Motion for joinder granted and motion for severance denied.

Date: January 4, 208

Joyce A. Wheeler
Justice, Superior Court

A True Copy
Attest: _____
Clerk of Courts

STATE OF MAINE                                SUPERIOR COURT
CUMBERLAND, ss.                               CRIMINAL ACTION
                                              DOCKET CR-07-1110,
                                              07-1199, 07-1846, 07-2126,
                                              08-590


STATE OF MAINE

v.                                            ORDER ON RECONSIDERATION
                                              OF JOINDER
FRANK LAPOMARDA


This matter comes back before the court on the defendant's motion for

reconsideration of the order of joinder dated January 4, 2008. New counsel, Clifford

Strike, Esquire, now represents defendant. Meg Elam, ADA, continues to represent the

State. Since the court's previous order of joinder, the State has indicted the defendant on

additional charges, including in Count I Gross Sexual Assault of Rose LeBarr on April

22, 2002, and in Counts II and III Gross Sexual Assault of Rhonda Crocker on April 15,

2007. See Docket No. CR-08-590. The State previously indicted defendant of another

Gross Sexual Assault of Rose LeBarr on April 22, 2002 in Docket No. CR-07-1846 and

of Rhonda Crocker on April 15, 2007 in Docket No. CR-07-1110. The State filed a

Notice of Joinder in Docket No. CR-08-590 on March 5, 2008. Defendant objects to

joinder of the cases involving different victims and asks for reconsideration of the

January 4, 2008 Order of Joinder entered in the earlier cases.

In the January 4, 2008 Order of Joinder the court found a great number of

similarities that created a pattern sufficient to support joinder. The State argues that

nothing has changed and all of the same arguments are being made. True, prejudice was

raised by defendant's prior attorney. However, the defendant has argued more specifically in his motion for reconsideration.

To support his first argument, defendant cites 1 Cluchey and Seitzinger, Maine Criminal Practice, § 8.10, at III-67 (1992), for the proposition that when joinder occurs "solely on the basis that they are all of the same or similar character, the advantages secured by joinder are not at all clear and it has been suggested that when that is the basis of joinder, a defendant should be entitled to severance as a matter of right." Defendant argues because of the number of charges[1], there is a risk that the jury would convict him because he is a "bad man" for which there is no curative instruction. Defendant also argues that there is a serious and substantial risk that the jury would improperly attribute evidence on one of the charges to the other charges involving a different victim. Having reconsidered the facts[2] in these cases, the court agrees with some of defendant's contentions.

For example, the case involving Rhonda Crocker may be the strongest case with substantial physical and corroborating evidence. Ms. Crocker alleges that the defendant sexually assaulted her on April 15, 2007 after first approaching her on Preble Street, then taking her to dinner to Old Country Buffet, shopping at Wal-Mart, driving her around and

---

[1] Lapomarda is charged as follows:
CR-07-1110, Counts 1 and 2, Gross Sexual Assault of Rhoda Crocker on April 15, 2007;
CR-07-1199, Count 1, Tampering with a Victim, Rhonda Crocker, on May 9, 2007,
    Count 2, Violating a Condition of Release on May 9, 2007;
CR-07-1846, Count 1, Gross Sexual Assault of Rose LeBarr on April 22, 2002,
    Count 2, Unlawful Sexual Contact of Rhea Zecchino on January 6, 2007,
    Count 3, Harassment by Telephone of Rhea Zecchino on January 21, 2007,
    Count 4, Theft of house keys from Rhea Zecchino on January 21, 2007;
CR-07-2162, Count 1, Aggravated Assault of Charlene Rideout on July 27, 2005;
CR-08-590, Count 1, Gross Sexual Assault of Rose LeBarr on April 22, 2002,
    Counts 2 and 3, Gross Sexual Assault of Rhonda Crocket on April 15, 2007.
[2] For the purposes of this motion the facts were not contested.

2

going back to his house because it was, according to defendant, now too late to return her to the shelter which would be closed. Defendant offered Ms. Crocker his bedroom and later he entered the bedroom without knocking or obtaining her consent. While she pretended to be asleep, he attempted to sexually assault her. When Ms. Crocker resisted, defendant grabbed her arm, injected a needle into it, told her to stop resisting and sexually assaulted her. Defendant told her he "owned" the Portland Police, and when she asked him to call a cab, he told her he had. Ms. Crocker stayed there until 6:30 p.m. the next day when she finally went to his next-door neighbors and asked them to assist her in calling a cab. Ms. Crocker then went to the Hospital and subsequently reported the crime to the police. Ms. Crocker also alleges that she received repeated phone calls from the defendant within days after the assault. In her case, there is DNA evidence, medical documentation of an assault, a photo identification, corroborating witnesses, a videotape of the defendant with his victim at Wal-Mart on the night of the assault and phone records.

In the case involving Rose LeBarr, there are far fewer similarities and no physical or corroborating evidence, hence increasing the likelihood of a verdict based on propensity evidence. She alleges that on April 22, 2002, the defendant called her over to his car on High Street, took her to Denny's for dinner and then took her back to his place after asking her for advice on how to redecorate his house. While at defendant's home, Ms. LeBarr used the bathroom. When she came out of the bathroom, the defendant was undressed from the waist down. She rebuffed this advance, but agreed to stay there that night because she did not know where she was in Portland. Ms. LeBarr alleges that shortly after she went to bed, the defendant entered the bedroom without knocking or

3

asking permission and sexually assaulter her. Although she saw several phones in defendant's home, she did not call 911 because she saw they were wired strangely and thought defendant might be monitoring them. The defendant eventually drove her home. Ultimately, she reported the crime to the police, but there is no physical evidence and the initial charge was dismissed for insufficient evidence of compulsion. Even though no new evidence has been found and the crimes occurred 5 years apart, with joinder the State will be permitted to go forward in her case, joined with a case that presents a similar fact pattern but with greater physical evidence.

Defendant argues that this same analysis may be made to the charges involving Charlene Rideout, where the original complaint was dismissed due to lack of credibility of the victim's account, but will now be presented with a case with a similar factual pattern but with greater evidence. Ms. Rideout alleges that she also met the a man on Congress Street and they were to go to a bar but that on the way, the man suggested that they go to his house because he had whiskey there and it would be cheaper than going to a bar. So, on July 27, 2005, a man named "Tony" and she were drinking at his house and she asked to stay at his house for a couple of days. The defendant propositioned her for sex but he did not want to pay for it. The man emerged from his bedroom with boxer shorts on and his genitals protruding. She rebuffed his advance. According to the Police Report, she was confused while speaking with the police, indicating that she was being chased by witches and could not give a description of "Tony". Ms. Rideout first alleged he grabbed her ankle and broke her foot; yet, she alleged two years later that after "Tony" exposed his genitals to her, she wanted to leave but he hit her ankle with a baseball bat. At this time, she was also able to identify defendant from a photo lineup as the man she

4

knew as "Tony". In the earlier investigation, the police focused on her boyfriend, Anthony Hawkins, with whom she had a history of domestic violence. However, after the initial report, she refused to cooperate and the case was inactivated for two years until she was reinterviewed and told the police the different story. Even though no new physical evidence has been found and the crimes occurred 2 years apart, with joinder the State will be permitted to go forward in her case, joined with a case that presents a similar fact pattern but with greater physical evidence.

The case involving Rhea Zecchino is far closer in plan to the case involving Rhonda Crocker. Ms. Zecchino alleges that on January 6, 2007, the defendant approached her on Portland Street, took her to Old County Buffet and after she was unable to locate her keys and at defendant's suggestion, she went back to stay with defendant at his house because she had been locked out of her house. At defendant's suggestion, she went to sleep in defendant's bedroom although he would not let her take her dog with her into the bedroom. She alleges that at 4:30 a.m., when she was asleep, the defendant entered the bedroom, without knocking or asking permission, and touched her vagina with his hand but did not penetrate her because she jumped out of bed as soon as this occurred. She threatened to call the cops and the defendant then left her alone. She called a friend who later picked her up. Ms. Zecchino alleges the defendant called her on January 21, 2007 and told her he was outside her home watching her. She called the police who responded and found defendant outside her house with Ms. Zecchino's house keys in defendant's pant pocket. Ms. Zecchino provided the police with a copy of messages left by the defendant on her answering machine.

In short, the prejudice to defendant, the defendant argues, is that a victim has come forward with a more credible account with physical evidence, making the older, less credible cases suddenly more credible solely because of some similarities in the cases. Defendant also argues that prejudice will occur because the defendant will have to testify as to all or none, violating his 5th Amendment Rights, even though he may wish to testify in some charges but not on others.

The court agrees with much of defendant's analysis. On reconsideration, the court concludes that there is a great likelihood that a jury will use the physical evidence obtained in the Rhonda Crocker and the Rhea Zecchino cases to convict defendant of the other charges where there is no physical evidence, but some similarities in the plan or scheme. It will be difficult for the jury to separate the evidence and use the evidence only in permissible ways with respect to each victim. The defendant does not object to the joinder of charges involving the same victim.

Accordingly, CR-07-1110 and CR-07-1199, Counts II, III and IV in CR-07-1846 and Counts II and III in CR-08-590 may be joined together. Defendant met these two victims on the street in 2007, took each to Old Country Buffet before taking each to his home, used or engineered excuses for not taking them to their homes, offered his bedroom to each, entered the bedroom without knocking or asking permission, sexually assaulted or attempted to sexually assault each while sleeping, interfered with each victim's ability to call the police by scaring them so they remained in his house for several hours, and telephoned his victims after the sexual assaults. The other cases will be tried separately. Although there are some similarities in the other cases, the similarities are far fewer and occurred in a different time period. There also is no

6

physical evidence in these other cases and thus a greater risk that the jury would improperly attribute evidence on one of the charges to the other charges involving a different victim. Joining all the cases together would emphasize the propensity aspect of this evidence and deprive defendant of the opportunity to exercise his Fifth Amendment Rights.

The entry is:

1. CR-07-1110 and CR-07-1199, Counts II, III and IV in CR-07-1846, Counts II and III in CR-08-590 are hereby joined but with no other cases involving other victims;

2. Count I in CR-07-1846 and Count I in CR-08-590 are hereby joined with each other but with no cases involving different victims; and

3. CR-07-2162 shall be tried separately.

June 2, 2009

Joyce A. Wheeler, Justice

7

STATE OF MAINE                                  SUPERIOR COURT
 vs                                             CUMBERLAND, ss.
FRANK  LAPOMARDA                                Docket No  PORSC-CR-2007-01110
6 HOMESTEAD AVE
PORTLAND ME 04101                               **DOCKET RECORD**

DOB: 12/12/1941
Attorney: CLIFFORD STRIKE                       State's Attorney: STEPHANIE ANDERSON
         STRIKE GOODWIN & O'BRIEN
         400 ALLEN AVENUE
         PORTLAND ME 04103
         RETAINED 07/07/2008

Filing Document: CRIMINAL COMPLAINT             Major Case Type: FELONY (CLASS A,B,C)
Filing Date: 04/30/2007

## Charge(s)

**1   GROSS SEXUAL ASSAULT                          04/15/2007 PORTLAND**
**Seq 4262   17-A  253(1)(A)              Class A**
**   BAILEY                    / POR**

**2   GROSS SEXUAL ASSAULT                          04/15/2007 PORTLAND**
**Seq 4262   17-A  253(1)(A)              Class A  Charged with INDICTMENT on Supplem**


## Docket Events:

04/30/2007 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 04/30/2007

04/30/2007 WARRANT -  ON COMP/INDICTMENT ISSUED ON 04/30/2007

         CERTIFIED COPY TO WARRANT REPOSITORY                               RS
05/04/2007 BAIL BOND - $2,000.00 CASH BAIL BOND FILED ON 05/04/2007

         Bail Receipt Type: CR
         Bail Amt: $2,000
                                 Receipt Type: CK
         Date Bailed: 05/01/2007    Prvdr Name: FRANK  LAPOMARDA
                                    Rtrn Name: FRANK  LAPOMARDA
         SEE CONDITIONS AN                       APPLY CASH BAIL TO ATTORNEY FEES AND THE
         REMAINDER TO CR07-1846 ATTY FEES. ST
05/04/2007 WARRANT -  ON COMP/INDICTMENT EXECUTED ON 05/01/2007
         JAMIE  MILLER , ASSISTANT CLERK-E
05/04/2007 Charge(s): 1
         HEARING -  INITIAL APPEARANCE SCHEDULED FOR 05/22/2007 @ 11:00

         NOTICE TO PARTIES/COUNSEL
05/09/2007 WARRANT -  ON COMP/INDICTMENT RETURNED ON 05/09/2007
         JAMIE  MILLER , ASSISTANT CLERK-E
05/22/2007 Charge(s): 1
         HEARING -  INITIAL APPEARANCE HELD ON 05/21/2007
         WILLIAM  BRODRICK , JUSTICE
         DA:  JULIA SHERIDAN        Reporter: TIMOTHY THOMPSON
         Defendant Present in Court

NEW BAIL SET. DEFENDANT REMANDED.                                        RS

05/22/2007 BAIL BOND - $25,000.00 SURETY BAIL BOND SET BY COURT ON 05/21/2007
WILLIAM BRODRICK , JUSTICE
OR $10,000 CASH WITH CONDITIONS.                                         RS

05/22/2007 BAIL BOND -  SURETY BAIL BOND COND RELEASE ISSUED ON 05/21/2007
WILLIAM BRODRICK , JUSTICE

05/22/2007 HEARING -  STATUS CONFERENCE SCHEDULED FOR 07/23/2007 @ 11:00

RS

05/22/2007 Charge(s): 1
MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 05/21/2007

05/22/2007 Charge(s): 1
MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 05/21/2007
WILLIAM BRODRICK , JUSTICE
COPY TO PARTIES/COUNSEL                                      CASH BAIL TO BE
APPLIED TO ATTY FEES                        01/17/2008:REQUEST SENT TO CCJ
TO HAVE FUNDS TAKEN FROM DEFENDANT'S COMMISARY ACCOUNT TO GO TOWARDS ATTY FEES AND FINES;
DE

05/22/2007 Party(s): FRANK LAPOMARDA
ATTORNEY -  APPOINTED ORDERED ON 05/21/2007

Attorney: VERNE PARADIE

06/07/2007 Charge(s): 1,2
SUPPLEMENTAL FILING -  INDICTMENT FILED ON 06/07/2007

RS

06/07/2007 HEARING -  STATUS CONFERENCE NOT HELD ON 06/07/2007

DEFENDANT INDICTED.                                                      RS

06/07/2007 Charge(s): 1,2
HEARING -  ARRAIGNMENT SCHEDULED FOR 06/19/2007 @ 8:30

RS

06/07/2007 Charge(s): 1,2
HEARING -  ARRAIGNMENT NOTICE SENT ON 06/07/2007

RS

06/20/2007 Charge(s): 1,2
HEARING -  ARRAIGNMENT HELD ON 06/19/2007
JOYCE A WHEELER , JUSTICE
DA: MEGIN ELAM
Defendant Present in Court

READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
DEFENDANT.  21 DAYS TO FILE MOTIONS. ATTY FERRUCCI STANDING IN. TAPE #2711. NEW BAIL SET.
DEFENDANT REMANDED.                             RS

06/20/2007 Charge(s): 1,2
PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 06/19/2007

06/20/2007 BAIL BOND -  NO BAIL ALLOWED SET BY COURT ON 06/19/2007
JOYCE A WHEELER , JUSTICE
RS

06/20/2007 BAIL BOND -  NO BAIL ALLOWED COND RELEASE ISSUED ON 06/19/2007
         JOYCE A WHEELER , JUSTICE
06/20/2007 MOTION -  MOTION TO REVOKE BAIL FILED BY STATE ON 06/19/2007


06/20/2007 MOTION -  MOTION TO REVOKE BAIL GRANTED ON 06/19/2007
         JOYCE A WHEELER , JUSTICE
         COPY TO PARTIES/COUNSEL                                          HELD WITH OUT
         BAIL PENDING HEARING ON 6/26 @ 8:30.                    RS
06/27/2007 HEARING -  MOTION TO REVOKE BAIL HELD ON 06/26/2007
         JOYCE A WHEELER , JUDGE
         Attorney:  DAVID FERRUCCI
         DA:  MEGIN ELAM          Reporter: PEGGY STOCKFORD
         Defendant Present in Court


         MOTION GRANTED. HOLD W/O BAIL. DEFENDANT REMANDED.
                                                                 AKL
06/27/2007 ORDER -  COURT ORDER ENTERED ON 06/26/2007
         JOYCE A WHEELER , JUDGE
         RE:MOTION TO REVOKE BAIL
                                                         AGREES TO MOTION, ISSUE OF
         FORFEITURE RESERVED FOR LATER DATE, HOLD W/O BAIL.
                                   SENT COPY TO PARTIES/COUNSEL 6/27/07 AKL
                    AKL
06/27/2007 BAIL BOND -  NO BAIL ALLOWED SET BY COURT ON 06/26/2007
         JOYCE A WHEELER , JUDGE
         AKL
06/27/2007 BAIL BOND -  NO BAIL ALLOWED COND RELEASE ISSUED ON 06/26/2007
         JOYCE A WHEELER , JUDGE
         NO BAIL ALLOWED. WITH CONDITIONS, AKL
06/28/2007 MOTION -  MOTION TO JOIN FILED BY STATE ON 06/14/2007


         AKL
                                                         AMENDED MOTION FILED ON
         12/20/07 WITH MEMO OF LAW - TSK
07/24/2007 Party(s):  FRANK LAPOMARDA
         ATTORNEY -  REMOVAL ORDERED ON 07/23/2007


         Attorney:  VERNE PARADIE
07/24/2007 Party(s):  FRANK LAPOMARDA
         ATTORNEY -  APPOINTED ORDERED ON 07/23/2007


         Attorney:  JON GALE
09/28/2007 MOTION -  MOTION TO AMEND BAIL FILED BY DEFENDANT ON 09/25/2007


         CONDITIONS OF RELEASE
                                                                 MRP
09/28/2007 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 10/23/2007 @ 8:30 in Room No.  7

         NOTICE  TO PARTIES/COUNSEL
09/28/2007 HEARING -  MOTION TO AMEND BAIL NOTICE SENT ON 09/28/2007


10/01/2007 Charge(s): 1,2
         TRIAL -  DOCKET CALL SCHEDULED FOR 11/05/2007 @ 8:30 in Room No.  11

ROLAND A COLE , JUSTICE
10/01/2007 Charge(s): 1,2
       TRIAL - DOCKET CALL NOTICE SENT ON 10/01/2007


       JOANN HEBERT
11/02/2007 HEARING - MOTION TO AMEND BAIL HELD ON 10/23/2007
       WILLIAM BRODRICK , JUSTICE
       Attorney: JON GALE
       DA: MEGIN ELAM       Reporter: TIMOTHY THOMPSON
       Defendant Present in Court


       MOTION TO AMEND BAIL: DENIED. DEFENDANT REMANDED.
                                        MRP
11/02/2007 BAIL BOND - NO BAIL ALLOWED SET BY COURT ON 10/23/2007
       WILLIAM BRODRICK , JUSTICE
11/02/2007 BAIL BOND - NO BAIL ALLOWED COND RELEASE ISSUED ON 10/23/2007


11/06/2007 Charge(s): 1,2
       TRIAL - DOCKET CALL CONTINUED ON 11/05/2007
       ROLAND A COLE , JUSTICE
       Reporter: TAMMY DROUIN
       SET FOR HEARING 2 HOURS                          JAN TRIAL LIST
                                          MRP
11/06/2007 MOTION - OTHER MOTION FILED BY DEFENDANT ON 11/05/2007
       MARIAH PURVES , ASSISTANT CLERK-E
       MOTION IN OPPOSITION TO STATE'S MOTION TO JOIN, MOTION TO SEVER
                                        MRP
11/13/2007 HEARING - MOTION TO JOIN PARTIES SCHEDULED FOR 11/27/2007 @ 1:00 in Room No. 7


       NOTICE TO PARTIES/COUNSEL                         2 HOURS
                                          MRP
11/13/2007 HEARING - MOTION TO JOIN PARTIES NOTICE SENT ON 11/13/2007


       MRP
11/15/2007 HEARING - MOTION TO JOIN SCHEDULED FOR 01/04/2008 @ 8:30 in Room No. 8
       JOYCE A WHEELER , JUSTICE
       2 HOUR HEARING                                 TSK
11/15/2007 HEARING - MOTION TO JOIN NOTICE SENT ON 11/15/2007
       TRICIA KELLEY , ASSISTANT CLERK-E
       2 HOUR
11/26/2007 HEARING - MOTION TO JOIN PARTIES NOT HELD ON 11/26/2007


12/05/2007 Charge(s): 1,2
       TRIAL - DOCKET CALL SCHEDULED FOR 01/11/2008 @ 8:30 in Room No. 7
       THOMAS D WARREN , JUSTICE
12/05/2007 Charge(s): 1,2
       TRIAL - DOCKET CALL NOTICE SENT ON 12/05/2007


       TLK
01/07/2008 MOTION - OTHER MOTION DENIED ON 01/04/2008
       JOYCE A WHEELER , JUSTICE
       MOTION IN OPPOSITION TO STATE'S MOTION TO JOIN, MOTION TO SEVER - MRP
                                        DENIED - TSK

01/07/2008 MOTION -  MOTION TO JOIN GRANTED ON 01/04/2008
     JOYCE A WHEELER , JUSTICE
01/07/2008 HEARING -  MOTION TO JOIN HELD ON 01/04/2008
     JOYCE A WHEELER , JUSTICE
     Attorney:  JON GALE
     DA:  MEGIN ELAM      Reporter: TIMOTHY THOMPSON
     Defendant Present in Court

                      TSK

01/07/2008 TRIAL -  DOCKET CALL SCHEDULED FOR 01/11/2008 @ 8:30 in Room No.  7
     THOMAS D WARREN , JUSTICE

                      MARKED HELD ON
     1/11 IN ERROR - RESCHEDULED 1/7/08 IN MEJIS      NOTICE SENT PREVIOUSLY ON
     12/05/07                    TSK
01/08/2008 TRIAL -  DOCKET CALL NOT HELD ON 01/04/2007

     MATTER CONTINUED TO FEB. TRIAL LIST.
02/12/2008 Charge(s): 1,2
     TRIAL -  DOCKET CALL SCHEDULED FOR 03/07/2008 @ 8:30 in Room No.  11

02/14/2008 Charge(s): 1,2
     TRIAL -  DOCKET CALL CONTINUED ON 02/14/2008

     STAGE I PENDING
02/22/2008 PSYCHIATRIC EXAM -  STAGE ONE EXAM ORDERED ON 02/19/2008
     JOYCE A WHEELER , JUDGE
02/29/2008 LETTER -  FROM NON-PARTY FILED ON 02/29/2008

     LETTER FROM STATE FORENSICS INFORMING COURT OF EXAM ON 3/11/08 @ 8:300     TSK
04/15/2008 PSYCHIATRIC EXAM -  STAGE ONE REPORT FILED ON 04/11/2008

     MRP
07/02/2008 Charge(s): 1,2
     HEARING -  STATUS CONFERENCE SCHEDULED FOR 08/05/2008 @ 1:00 in Room No.  7

     MRP
07/02/2008 Charge(s): 1,2
     HEARING -  STATUS CONFERENCE NOTICE SENT ON 07/02/2008

07/03/2008 Charge(s): 1,2
     HEARING -  STATUS CONFERENCE NOT HELD ON 06/21/2008

07/03/2008 HEARING -  STATUS CONFERENCE SCHEDULED FOR 08/05/2008 @ 8:30 in Room No.  7

07/08/2008 Party(s):  FRANK LAPOMARDA
     ATTORNEY -  RETAINED ENTERED ON 07/07/2008

     Attorney:  CLIFFORD STRIKE
07/22/2008 PSYCHIATRIC EXAM -  STAGE THREE REPORT FILED ON 07/17/2008

     MRP
07/23/2008 MOTION -  MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 07/14/2008

```
                Attorney:  JON GALE
                TSK
07/24/2008 LETTER -  FROM NON-PARTY FILED ON 07/16/2008


                LETTER FROM STATE FORENSIC TO RIVERVIEW PSYCHIATRIC CENTER INDICATING THAT THE DEFENDANT
                IS DISCHARGED FROM RIVERVIEW.

                                        MRP
07/24/2008 MOTION -  MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 07/23/2008
                THOMAS D WARREN , JUSTICE
                COPY TO PARTIES/COUNSEL                                        TSK
07/24/2008 Party(s):  FRANK LAPOMARDA
                ATTORNEY -  WITHDRAWN ORDERED ON 07/23/2008


                Attorney:  JON GALE
08/06/2008 HEARING -  STATUS CONFERENCE HELD ON 08/05/2008
                WILLIAM  BRODRICK , JUSTICE
                TAPE #2954                                        SET ON NOV
                TRIAL LIST
08/22/2008 TRIAL -  DOCKET CALL SCHEDULED FOR 11/07/2008 @ 8:30 in Room No.  11


                MRP
10/20/2008 TRIAL -  DOCKET CALL NOTICE SENT ON 10/20/2008


                JH
11/10/2008 TRIAL -  DOCKET CALL HELD ON 11/07/2008


11/14/2008 PSYCHIATRIC EXAM -  STAGE THREE EXAM ORDERED ON 11/13/2008
                THOMAS E HUMPHREY , SUPERIOR COURT CHIEF JUSTICE
12/05/2008 LETTER -  FROM NON-PARTY FILED ON 12/04/2008


                LETTER FROM RIVERVIEW RE: DEFENDANT BEING ADMITTED 11-25-08 @ 11:00 A.M.
                                                        MRP
12/10/2008 LETTER -  FROM NON-PARTY FILED ON 12/04/2008


                LETTER FROM STATE FORENSIC INFORMING PARTIES THAT THE STAGE III IS SET FOR 12-15-08 @ 1:00
                P.M.
                                        MRP
12/12/2008 HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 03/04/2009 @ 8:30 in Room No.  7


                MRP
12/12/2008 TRIAL -  JURY TRIAL SCHEDULED FOR 04/06/2009 @ 8:30 in Room No.  11


                NOTICE TO PARTIES/COUNSEL
                                                        MRP
12/12/2008 TRIAL -  JURY TRIAL NOTICE SENT ON 12/12/2008


12/12/2008 HEARING -  DISPOSITIONAL CONFERENCE NOTICE SENT ON 12/12/2008


01/02/2009 PSYCHIATRIC EXAM -  STAGE THREE REPORT FILED ON 12/31/2008


                MRP
02/03/2009 LETTER -  FROM PARTY FILED ON 12/17/2008
```

LETTER FROM STATE FORENSIC TO RIVERVIEW
03/04/2009 HEARING - DISPOSITIONAL CONFERENCE HELD ON 03/04/2009
        JOYCE A WHEELER , JUSTICE
03/04/2009 TRIAL - JURY TRIAL NOT HELD ON 03/04/2009


03/04/2009 PSYCHIATRIC EXAM - STAGE THREE EXAM ORDERED ON 03/04/2009
        JOYCE A WHEELER , JUSTICE
03/04/2009 TRIAL - JURY TRIAL SCHEDULED FOR 06/15/2009 @ 8:30 in Room No.  11

        NOTICE TO PARTIES/COUNSEL
03/04/2009 TRIAL - JURY TRIAL NOTICE SENT ON 03/04/2009


03/04/2009 ORDER - COURT ORDER ENTERED ON 03/04/2009
        JOYCE A WHEELER , JUSTICE
        STAGE II ORDERED FOR COMMITMENT AND OBSERVATION, DEFENDANT HAS UNTIL MAR 30,09 TO FILE A
        MOTION FOR RECONSIDERATION OF ITS ORDER OF JOINDER DATED JAN 4, 08 AND ENTERED IN 07-
        1110,07-1199,07-1846 & 07-2126. THE STATE WILL HAVE 15 DAYS TO RESPOND TO THE DEF MOTION.
        08-590 WAS FILED AFTER THE ORDER OF JOINDER. THE STATE FILED A NOTICE OF JOINDER IN THIS
        CASE AND THE COURT EXPECTS THAT THE DEF WILL FILE A MOTION FOR RELIEF FROM PREJUDICIAL
        JOINDER WITH RESPECT TO 08-590. MOTION HEARING SET 5-22
03/04/2009 HEARING - OTHER MOTION SCHEDULED FOR 05/22/2009 @ 8:30 in Room No.  7
        JOYCE A WHEELER , JUSTICE
        RELIEF FROM JOINDER
03/05/2009 HEARING - OTHER MOTION NOTICE SENT ON 03/05/2009


        RELIEF FROM JOINDER
03/31/2009 MOTION - MOTION RELIEF PREJUDICIAL JOIN FILED BY DEFENDANT ON 03/31/2009


05/21/2009 HEARING - OTHER MOTION CONTINUED ON 05/21/2009


        RELIEF FROM JOINDER
05/22/2009 HEARING - OTHER HEARING SCHEDULED FOR 06/01/2009 @ 9:00 in Room No.  8
        JOYCE A WHEELER , JUSTICE
        NOTICE TO PARTIES/COUNSEL                                    MOTION FOR
        RELIEF OF JOINDER
05/22/2009 HEARING - OTHER HEARING NOTICE SENT ON 05/22/2009


06/03/2009 HEARING - OTHER HEARING HELD ON 06/01/2009


06/03/2009 ORDER - COURT ORDER FILED ON 06/02/2009
        JOYCE A WHEELER , JUSTICE
        ORDER ON RECONSIDERATION OF JOINDER: CR 07-1110 AND CR 07-1199, COUNTS II, III & IV IN CR
        07-1846, COUNTS 11 & 111 IN CR 08-590 ARE HERBY JOINED BUT WITH NO OTHER CASES INVOLVING
        OTHER VICTIMS; COUNT I IN CR 07-1846 & CT 1 IN CR 08-590 ARE HERBY JOINED WITH EACH OTHER
        BUT WITH NO OTHER CASES INVOLVING DIFFERENT VICTIMS; AND CR 07-2162 SHALL BE TRIED
        SEPERATELY·

A TRUE COPY
ATTEST: _____
                Clerk

STATE OF MAINE                                          SUPERIOR COURT
    vs                                                  CUMBERLAND, ss.
FRANK  LAPOMARDA                                        Docket No  PORSC-CR-2007-01199
6 HOMESTEAD AVE
PORTLAND ME 04101                                       **DOCKET RECORD**

DOB: 12/12/1941
Attorney: CLIFFORD STRIKE                     State's Attorney: STEPHANIE ANDERSON
          STRIKE GOODWIN & O'BRIEN
          400 ALLEN AVENUE
          PORTLAND ME 04103
          RETAINED 07/08/2008

Filing Document: CRIMINAL COMPLAINT              Major Case Type: FELONY (CLASS A,B,C)
Filing Date: 05/11/2007

## Charge(s)

1   TAMPERING WITH WITNESS, INFORMANT, JUROR    05/09/2007 PORTLAND
    OR VICTIM
Seq 8495   17-A   454(1-B)(A)(2)          Class B
   BAILEY              / POR

2   VIOLATING CONDITION OF RELEASE             05/09/2007 PORTLAND
Seq 9633   15    1092(1)(B)               Class C
   BAILEY              / POR


## Docket Events:

05/11/2007 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 05/11/2007

05/11/2007 Charge(s): 1,2
           HEARING -  INITIAL APPEARANCE SCHEDULED FOR 05/11/2007 @ 1:00 in Room No.  1

           NOTICE TO PARTIES/COUNSEL
                                                              968
05/16/2007 Charge(s): 1,2
           HEARING -  INITIAL APPEARANCE HELD ON 05/14/2007
           WILLIAM  BRODRICK , JUSTICE
           BAIL SET.                                                    RS
05/16/2007 BAIL BOND - $100,000.00 SURETY BAIL BOND SET BY COURT ON 05/14/2007
           WILLIAM  BRODRICK , JUSTICE
           OR $50,000 CASH AND MPTS WITH CONDITIONS.                    RS
05/16/2007 HEARING -  STATUS CONFERENCE SCHEDULED FOR 07/25/2007 @ 8:30

05/17/2007 Charge(s): 1,2
           MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 05/14/2007

05/17/2007 Charge(s): 1,2
           MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 05/14/2007
           WILLIAM  BRODRICK , JUSTICE
           COPY TO PARTIES/COUNSEL
05/17/2007 Party(s): FRANK LAPOMARDA
           ATTORNEY -  APPOINTED ORDERED ON 05/14/2007

Attorney: DAVID FERRUCCI
06/06/2007 OTHER FILING -  PRETRIAL SERVICES CONTRACT FILED ON 06/04/2007
DARCEY  EMERY , ASSISTANT CLERK
SIGNED BY DEFENDANT 06/04/2007
06/07/2007 Charge(s): 1,2
SUPPLEMENTAL FILING -  INDICTMENT FILED ON 06/07/2007

RS
06/07/2007 HEARING -  STATUS CONFERENCE NOT HELD ON 06/07/2007

DEFENDANT INDICTED                                                                   RS
06/07/2007 Charge(s): 1,2
HEARING -  ARRAIGNMENT SCHEDULED FOR 06/19/2007 @ 8:30

RS
06/07/2007 Charge(s): 1,2
HEARING -  ARRAIGNMENT NOTICE SENT ON 06/07/2007

RS
06/20/2007 Charge(s): 1,2
HEARING -  ARRAIGNMENT HELD ON 06/19/2007
JOYCE A WHEELER , JUSTICE
Attorney: DAVID FERRUCCI
DA: MEGIN ELAM
Defendant Present in Court

READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
DEFENDANT.  30 DAYS TO FILE MOTIONS. SAME BAIL CONTINUED. DEFENDANT REMANDED.
                                                                   RS
06/20/2007 Charge(s): 1,2
PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 06/19/2007

06/20/2007 BAIL BOND -  $100,000.00 SURETY BAIL BOND CONTINUED AS SET ON 06/19/2007
JOYCE A WHEELER , JUSTICE
OR $50,000 CASH WITH MPTS AND CONDITIONS.                           RS
06/20/2007 BAIL BOND -  SURETY BAIL BOND COND RELEASE ISSUED ON 06/19/2007
JOYCE A WHEELER , JUSTICE
RS
06/26/2007 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 06/19/2007

MOTION FOR RELIEF FROM PREJUDICIAL JOINDER
                                                                   MRP
06/27/2007 HEARING -  BAIL HEARING HELD ON 06/26/2007
JOYCE A WHEELER , JUDGE
Reporter: PEGGY STOCKFORD
Defendant Present in Court

ATTY. FERRUCCI STANDING IN. BAIL CONTINUED, DEFENDANT REMANDED.
                                                                   MRP
06/27/2007 BAIL BOND -  $100,000.00 SURETY BAIL BOND CONTINUED AS SET ON 06/26/2007
JOYCE A WHEELER , JUDGE
OR $50,000.00 CASH WITH MPTS CONTRACT WITH NO CONTACT WITH RHONDA CROCKER.
                                                                   MRP

06/27/2007 BAIL BOND -  SURETY BAIL BOND COND RELEASE ISSUED ON 06/26/2007

06/28/2007 MOTION -  MOTION TO JOIN FILED BY STATE ON 06/14/2007

        MOTION FOR JOINDER - AKL

                                            AMENDED MOTOIN FOR JOINDER
        FILED 12/20/2007 WITH MOME OF LAW - TSK
09/28/2007 MOTION -  MOTION TO AMEND BAIL FILED BY DEFENDANT ON 09/25/2007

        CONDITIONS OF RELEASE

                                        MRP
09/28/2007 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 10/23/2007 @ 8:30 in Room No.  7

        NOTICE  TO PARTIES/COUNSEL
09/28/2007 HEARING -  MOTION TO AMEND BAIL NOTICE SENT ON 09/28/2007

        MRP
10/01/2007 Party(s):  FRANK LAPOMARDA
        ATTORNEY -  RETAINED ENTERED ON 09/25/2007

        Attorney:  JON GALE
10/01/2007 Charge(s): 1,2
        TRIAL -  DOCKET CALL SCHEDULED FOR 11/05/2007 @ 8:30 in Room No.  11
        ROLAND A COLE , JUSTICE
10/01/2007 Charge(s): 1,2
        TRIAL -  DOCKET CALL NOTICE SENT ON 10/01/2007

        JOANN HEBERT
11/02/2007 HEARING -  MOTION TO AMEND BAIL HELD ON 10/23/2007
        WILLIAM  BRODRICK , JUSTICE
        Attorney:  JON GALE
        DA:  MEGIN ELAM         Reporter: TIMOTHY THOMPSON
        Defendant Present in Court

        DEFENDANT REMANDED, SAME BAIL CONTINUED. MOTION TO AMEND BAIL: DENIED.
                                        MRP
11/02/2007 MOTION -  MOTION TO AMEND BAIL DENIED ON 10/23/2007
        WILLIAM  BRODRICK , JUSTICE
        COPY TO PARTIES/COUNSEL
11/06/2007 Party(s):  FRANK LAPOMARDA
        ATTORNEY -  WITHDRAWN ORDERED ON 11/05/2007

        Attorney:  DAVID FERRUCCI
11/06/2007 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 11/05/2007

        MOTION IN OPPOSITION TO STATE'S MOTION TO JOIN, MOTION TO SEVER
                                        MRP
11/06/2007 Charge(s): 1,2
        TRIAL -  DOCKET CALL CONTINUED ON 11/05/2007

        SET MOTION FOR HEARING 2 HOURS                         JAN TRIAL LIST

MRP

11/15/2007 HEARING - MOTION TO JOIN SCHEDULED FOR 01/04/2008 @ 8:30 in Room No. 8
JOYCE A WHEELER , JUSTICE
2 HOUR HEARING                                                          TSK
11/15/2007 HEARING - MOTION TO JOIN NOTICE SENT ON 11/15/2007
TRICIA KELLEY , ASSISTANT CLERK-E
2 HOUR
12/05/2007 Charge(s): 1,2
TRIAL - DOCKET CALL SCHEDULED FOR 01/11/2008 @ 8:30 in Room No. 11
THOMAS D WARREN , JUSTICE
12/05/2007 Charge(s): 1,2
TRIAL - DOCKET CALL NOTICE SENT ON 12/05/2007


TLK
01/07/2008 HEARING - MOTION TO JOIN HELD ON 01/04/2008
JOYCE A WHEELER , JUSTICE
Attorney: JON GALE
DA: MEGIN ELAM          Reporter: TIMOTHY THOMPSON
Defendant Present in Court


                                                                       TSK
01/07/2008 MOTION - OTHER MOTION DENIED ON 01/04/2008
JOYCE A WHEELER , JUSTICE
MOTION IN OPPOSITION TO STATE'S MOTION TO JOIN, MOTION TO SEVER - MRP
                                                    MOTION DENIED - TSK
01/07/2008 MOTION - MOTION TO JOIN GRANTED ON 01/04/2008
JOYCE A WHEELER , JUSTICE
TSK
01/08/2008 Charge(s): 1,2
TRIAL - DOCKET CALL NOT HELD ON 01/08/2008


CONT'D TO FEB/MAR. TRIAL LIST
02/12/2008 Charge(s): 1,2
TRIAL - DOCKET CALL SCHEDULED FOR 03/07/2008 @ 8:30 in Room No. 11


02/14/2008 Charge(s): 1,2
TRIAL - DOCKET CALL CONTINUED ON 02/14/2008


STAGE I PENDING
02/22/2008 PSYCHIATRIC EXAM - STAGE ONE EXAM ORDERED ON 02/19/2008
JOYCE A WHEELER , JUDGE
02/29/2008 LETTER - FROM NON-PARTY FILED ON 02/29/2008


LETTER FROM STATE FORENSICS INFORMING COURT OF EXAM ON 3/11/08 @ 8:30
                                                    TSK
04/15/2008 PSYCHIATRIC EXAM - STAGE ONE REPORT FILED ON 04/11/2008


MRP
07/02/2008 PSYCHIATRIC EXAM - STAGE TWO EXAM ORDERED ON 05/15/2008
WILLIAM BRODRICK , JUSTICE
07/02/2008 Charge(s): 1,2
HEARING - STATUS CONFERENCE SCHEDULED FOR 08/05/2008 @ 8:30 in Room No. 7

                  MRP
07/02/2008 Charge(s): 1,2
           HEARING -  STATUS CONFERENCE NOTICE SENT ON 07/02/2008


07/08/2008 Party(s):  FRANK LAPOMARDA
           ATTORNEY -  RETAINED ENTERED ON 07/08/2008


           Attorney:  CLIFFORD STRIKE
07/08/2008 Party(s):  FRANK LAPOMARDA
           ATTORNEY -  APPOINTED ORDERED ON 07/07/2008


           Attorney:  JON GALE
07/22/2008 PSYCHIATRIC EXAM -  STAGE THREE REPORT FILED ON 07/17/2008


           MRP
07/23/2008 MOTION -  MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 07/14/2008


           Attorney:  JON GALE
           TSK
07/24/2008 LETTER -  FROM NON-PARTY FILED ON 07/16/2008


           LETTER FROM STATE FORENSIC TO RIVERVIEW PSYCHIATRIC CENTER INDICATING THAT THE DEFENDANT
           IS DISCHARGED.
                                                   MRP
07/24/2008 MOTION -  MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 07/23/2008
           THOMAS D WARREN , JUSTICE
           COPY TO PARTIES/COUNSEL                                          TSK
07/24/2008 Party(s):  FRANK LAPOMARDA
           ATTORNEY -  WITHDRAWN ORDERED ON 07/23/2008


           Attorney:  JON GALE
08/06/2008 Charge(s): 1,2
           HEARING -  STATUS CONFERENCE HELD ON 08/05/2008
           WILLIAM  BRODRICK , JUSTICE
           TAPE #2954; SET ON NOV TRIAL LIST                               TSK
08/22/2008 TRIAL -  DOCKET CALL SCHEDULED FOR 11/07/2008 @ 8:30 in Room No.   11


           MRP
10/20/2008 TRIAL -  DOCKET CALL NOTICE SENT ON 10/20/2008


           JH
11/10/2008 PSYCHIATRIC EXAM -  STAGE THREE EXAM ORDERED ON 11/07/2008
           THOMAS E HUMPHREY , SUPERIOR COURT CHIEF JUSTICE
11/10/2008 TRIAL -  DOCKET CALL HELD ON 11/07/2008


12/10/2008 LETTER -  FROM NON-PARTY FILED ON 12/04/2008


           LETTER FROM STATE FORENSIC INFORMING PARTIES THAT THE STAGE III IS SET FOR 12-15-08 @ 1:00
           P.M.
                                                   MRP
12/18/2008 HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 03/04/2009 @ 8:30 in Room No.   7


           MRP

12/18/2008 TRIAL - JURY TRIAL SCHEDULED FOR 04/06/2009 @ 8:30 in Room No. 11

NOTICE TO PARTIES/COUNSEL

MRP

01/02/2009 PSYCHIATRIC EXAM - STAGE THREE REPORT FILED ON 12/31/2008

02/03/2009 LETTER - FROM PARTY FILED ON 12/17/2008

LETTER FROM STATE FORENSIC TO RIVERVIEW

03/04/2009 HEARING - DISPOSITIONAL CONFERENCE HELD ON 03/04/2009
JOYCE A WHEELER , JUSTICE

03/04/2009 TRIAL - JURY TRIAL NOT HELD ON 03/04/2009

03/04/2009 PSYCHIATRIC EXAM - STAGE THREE EXAM ORDERED ON 03/04/2009
JOYCE A WHEELER , JUSTICE

03/04/2009 TRIAL - JURY TRIAL SCHEDULED FOR 06/15/2009 @ 8:30 in Room No. 11

NOTICE TO PARTIES/COUNSEL

03/04/2009 TRIAL - JURY TRIAL NOTICE SENT ON 03/04/2009

03/04/2009 HEARING - OTHER MOTION SCHEDULED FOR 05/22/2009 @ 8:30 in Room No. 7
JOYCE A WHEELER , JUSTICE
RELIEF FROM JOINDER

03/04/2009 ORDER - COURT ORDER FILED ON 03/04/2009
JOYCE A WHEELER , JUSTICE
STAGE III ORDERED, DEF HAS UNTIL MAR 30,09 TO FILE A MOTION FOR RECONSIDERATION OF ITS
ORDER OF JOINDER DATED JAN 04, 2008 & ENTERED IN 07-1110, 07-1199, 07-1846 & 07-2126. THE
STATE WILL HAVE 15 DAYS TO RESPOND TO THE DEF'S MOTION. 08-590 WAS FILED AFTER THE ORDER
OF JOINDER. THE STATE FILED A NOTICE OF JOINDER IN THIS CASE AND THE COURT EXPECTS THAT
THE DEFENDANT WILL FILE A MOTION FOR RELIEF FROM PREJUDICAL JOINDER WITH RESPECT TO 08-
590. MOTION HEARING SET 5-22-09 @ 8:30 AM J WHEELER

03/05/2009 HEARING - OTHER MOTION NOTICE SENT ON 03/05/2009

RELIEF FROM JOINDER

03/31/2009 MOTION - MOTION RELIEF PREJUDICIAL JOIN FILED BY DEFENDANT ON 03/31/2009

05/21/2009 HEARING - OTHER MOTION CONTINUED ON 05/21/2009

RELIEF FROM JOINDER

05/22/2009 HEARING - OTHER HEARING SCHEDULED FOR 06/01/2009 @ 9:00 in Room No. 8
JOYCE A WHEELER , JUSTICE
NOTICE TO PARTIES/COUNSEL                                        MOTION FOR
RELIEF OF JOINDER

06/04/2009 HEARING - OTHER HEARING HELD ON 06/01/2009
JOYCE A WHEELER , JUSTICE

06/04/2009 ORDER - COURT ORDER FILED ON 06/02/2009
JOYCE A WHEELER , JUSTICE
ORDER ON RECONSIDERATION OF JOINDER THE ENTRY IS: CR-07-1110 & CR-07-1199, COUNTS II & III
& IV IN CR-07-1846, COUNTS II & III IN CR-08-590 ARE HERBY JOINED BUT WITH NO OTHER CASES
INVOLVING OTHER VICTIMS; COUNT I IN CR-07-1846 & COUNT I IN CR-08-590 ARE HERBY JOINED
WITH EACH OTHER BUT WITH NO CASES INVOLVING DIFFERENT VICTIMS,; AND CR-07-2162 SHALL BE
TRIED SEPERATELY.

A TRUE COPY
ATTEST: _____
                    Clerk

STATE OF MAINE

  vs

FRANK LAPOMARDA
6 HOMESTEAD AVE
PORTLAND ME 04101

SUPERIOR COURT
CUMBERLAND, ss.
Docket No  PORSC-CR-2007-01846

**DOCKET RECORD**

DOB: 12/12/1941
Attorney: CLIFFORD STRIKE
        STRIKE GOODWIN & O'BRIEN
        400 ALLEN AVENUE
        PORTLAND ME 04103
        RETAINED 07/07/2008

State's Attorney: MEGIN ELAM

Filing Document: INDICTMENT
Filing Date: 07/06/2007

Major Case Type: FELONY (CLASS A,B,C)

## Charge(s)

1  GROSS SEXUAL ASSAULT                04/22/2002 PORTLAND
Seq 4262  17-A  253(1)(A)      Class A
   BAILEY          / POR

2  UNLAWFUL SEXUAL CONTACT        04/22/2002 PORTLAND
Seq 4747  17-A  255(1)(A)      Class D
   BAILEY          / POR

3  HARASSMENT BY TELEPHONE        04/22/2002 PORTLAND
Seq 716   17-A  506(1)(B)      Class E
   BAILEY          / POR

4  THEFT BY UNAUTHORIZED TAKING OR TRANSFER  04/22/2002 PORTLAND
Seq 8315  17-A  353(1)         Class E
   BAILEY          / POR

## Docket Events:

07/09/2007 FILING DOCUMENT -  INDICTMENT FILED ON 07/06/2007

       TRANSFER -  BAIL AND PLEADING GRANTED ON 07/06/2007

       TRANSFER -  BAIL AND PLEADING REQUESTED ON 07/06/2007

07/16/2007 Party(s):  FRANK LAPOMARDA
       ATTORNEY -  APPOINTED ORDERED ON 05/21/2007

       Attorney:  VERNE PARADIE
07/16/2007 Party(s):  FRANK LAPOMARDA
       ATTORNEY -  PARTIALLY INDIGENT ORDERED ON 05/21/2007

       Attorney:  VERNE PARADIE
07/16/2007 Charge(s): 1,2,3,4
       HEARING -  ARRAIGNMENT SCHEDULED FOR 07/23/2007 @ 8:30

07/16/2007 Charge(s): 1,2,3,4
       HEARING -  ARRAIGNMENT NOTICE SENT ON 07/16/2007

STEPHANIE TARANTINO , ASSISTANT CLERK
07/24/2007 Charge(s): 1,2,3,4
HEARING - ARRAIGNMENT HELD ON 07/23/2007
WILLIAM BRODRICK , JUSTICE
Attorney: JON GALE
DA: LEA-ANNE SUTTON        Reporter: TAMMY DROUIN
Defendant Present in Court


READING WAIVED. DEFENDANT INFORMED OF CHARGES. COPY OF INDICTMENT/INFORMATION GIVEN TO
DEFENDANT. 45 DAYS TO FILE MOTIONS. ATTY PARADIE REMOVED FROM ALL CASES. J. GALE
APPOINTED IN HIS PLACE. NEW BAIL SET. DEFENDANT REMANDED.
                                    RS
07/24/2007 Charge(s): 1,2,3,4
PLEA - NOT GUILTY ENTERED BY DEFENDANT ON 07/23/2007


07/24/2007 BAIL BOND - $100,000.00 SURETY BAIL BOND SET BY COURT ON 07/23/2007
WILLIAM BRODRICK , JUSTICE
OR $50,000 CASH WITH CONDITIONS.                                    RS
07/24/2007 BAIL BOND - SURETY BAIL BOND COND RELEASE ISSUED ON 07/23/2007
WILLIAM BRODRICK , JUSTICE
                                                            RS
07/24/2007 Party(s): FRANK LAPOMARDA
ATTORNEY - REMOVAL ORDERED ON 07/23/2007


Attorney: VERNE PARADIE
07/24/2007 Party(s): FRANK LAPOMARDA
ATTORNEY - APPOINTED ORDERED ON 07/23/2007


Attorney: JON GALE
09/28/2007 MOTION - MOTION TO AMEND BAIL FILED BY DEFENDANT ON 09/25/2007


CONDITIONS OF RELEASE
                                            MRP
09/28/2007 HEARING - MOTION TO AMEND BAIL SCHEDULED FOR 10/23/2007 @ 8:30 in Room No. 7


NOTICE TO PARTIES/COUNSEL
09/28/2007 HEARING - MOTION TO AMEND BAIL NOTICE SENT ON 09/28/2007


MRP
10/01/2007 Charge(s): 1,2,3,4
TRIAL - DOCKET CALL SCHEDULED FOR 11/05/2007 @ 8:30 in Room No. 11
ROLAND A COLE , JUSTICE
10/01/2007 Charge(s): 1,2,3,4
TRIAL - DOCKET CALL NOTICE SENT ON 10/01/2007


JOANN HEBERT
11/02/2007 HEARING - MOTION TO AMEND BAIL HELD ON 10/23/2007
WILLIAM BRODRICK , JUSTICE
Attorney: JON GALE
DA: MEGIN ELAM        Reporter: TIMOTHY THOMPSON
Defendant Present in Court


MOTION TO AMEND BAIL DENIED. DEFENDANT REMANDED.

MRP
11/02/2007 MOTION - MOTION TO AMEND BAIL DENIED ON 10/23/2007
WILLIAM BRODRICK , JUSTICE
COPY TO PARTIES/COUNSEL

MRP
11/06/2007 Charge(s): 1,2,3,4
TRIAL - DOCKET CALL CONTINUED ON 11/05/2007
ROLAND A COLE , JUSTICE
SET HEARING 2 HOURS                                              JAN TRIAL LIST


MRP
11/06/2007 MOTION - OTHER MOTION FILED BY DEFENDANT ON 11/05/2007


MOTION IN OPPOSITION TO STATE'S MOTION TO JOIN, MOTION TO SEVER
MRP
11/15/2007 HEARING - MOTION TO JOIN SCHEDULED FOR 01/04/2008 @ 8:30 in Room No.  8
JOYCE A WHEELER , JUSTICE
2 HOUR HEARING
11/15/2007 HEARING - MOTION TO JOIN NOTICE SENT ON 11/15/2007
TRICIA  KELLEY , ASSISTANT CLERK-E
2 HOUR
12/05/2007 Charge(s): 1,2,3,4
TRIAL - DOCKET CALL SCHEDULED FOR 01/11/2008 @ 8:30 in Room No.  11
THOMAS D WARREN , JUSTICE
12/05/2007 Charge(s): 1,2,3,4
TRIAL - DOCKET CALL NOTICE SENT ON 12/05/2007


TLK
12/26/2007 MOTION - MOTION TO JOIN FILED BY STATE ON 12/26/2007


MOTION TO AMEND FILED ON 12/20/2007 WITH MEMO OF LAW - TSK
01/07/2008 MOTION - MOTION TO JOIN GRANTED ON 01/04/2008
JOYCE A WHEELER , JUSTICE
TSK
01/07/2008 MOTION - OTHER MOTION DENIED ON 01/04/2008
JOYCE A WHEELER , JUSTICE
MOTION IN OPPOSITION TO STATE'S MOTION TO JOIN, MOTION TO SEVER - MRP
MOTION DENIED - TSK
01/07/2008 HEARING - MOTION TO JOIN HELD ON 01/04/2008
JOYCE A WHEELER , JUSTICE
Attorney: JON GALE
DA: MEGIN ELAM        Reporter: TIMOTHY THOMPSON
Defendant Present in Court


TSK
01/08/2008 Charge(s): 1,2,3,4
TRIAL - DOCKET CALL NOT HELD ON 01/08/2008


CONT'D TO FEB./MAR. TRIAL LIST.
02/12/2008 Charge(s): 1,2,3,4
TRIAL - DOCKET CALL SCHEDULED FOR 03/07/2008 @ 8:30 in Room No.  11


JOANN HEBERT

02/14/2008 Charge(s): 1,2,3,4
            TRIAL - DOCKET CALL CONTINUED ON 02/14/2008

            STAGE I PENDING
02/22/2008 PSYCHIATRIC EXAM - STAGE ONE EXAM ORDERED ON 02/19/2008
            JOYCE A WHEELER , JUDGE
02/29/2008 LETTER - FROM NON-PARTY FILED ON 02/29/2008

            LETTER FROM STATE FORENSIC INFORMING THE COURT OF EXAM DATE 3/11/08 @ 8:30
                                                                    TSK
04/15/2008 PSYCHIATRIC EXAM - STAGE ONE REPORT FILED ON 04/11/2008

            MRP
07/02/2008 Charge(s): 1,2,3,4
            HEARING - STATUS CONFERENCE SCHEDULED FOR 08/05/2008 @ 1:00 in Room No.  7

            MRP
07/02/2008 Charge(s): 1,2,3,4
            HEARING - STATUS CONFERENCE NOTICE SENT ON 07/02/2008

            MRP
07/03/2008 Charge(s): 1,2,3,4
            HEARING - STATUS CONFERENCE NOT HELD ON 07/03/2008

07/03/2008 HEARING - STATUS CONFERENCE SCHEDULED FOR 08/05/2008 @ 8:30 in Room No.  7

07/08/2008 Party(s): FRANK LAPOMARDA
            ATTORNEY - RETAINED ENTERED ON 07/07/2008

            Attorney: CLIFFORD STRIKE
07/22/2008 PSYCHIATRIC EXAM - STAGE THREE REPORT FILED ON 07/17/2008

            MRP
07/23/2008 MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 07/14/2008

            Attorney: JON GALE
            TSK
07/24/2008 LETTER - FROM NON-PARTY FILED ON 07/16/2008

            LETTER FROM STATE FORENSIC TO RIVERVIEW INDICATING THAT THE DEFENDANT IS DISCHARGED.

                                                                    MRP
07/24/2008 MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 07/23/2008
            THOMAS D WARREN , JUSTICE
            COPY TO PARTIES/COUNSEL                                  TSK
07/24/2008 Party(s): FRANK LAPOMARDA
            ATTORNEY - WITHDRAWN ORDERED ON 07/23/2008

            Attorney: JON GALE
08/06/2008 HEARING - STATUS CONFERENCE HELD ON 08/05/2008
            WILLIAM BRODRICK , JUSTICE
            SET ON NOV TRIAL LIST                                    TAPE #2954
08/22/2008 TRIAL - DOCKET CALL SCHEDULED FOR 11/07/2008 @ 8:30 in Room No.  11

MRP
10/20/2008 TRIAL -  DOCKET CALL NOTICE SENT ON 10/20/2008


JH
11/10/2008 TRIAL -  DOCKET CALL HELD ON 11/07/2008
          THOMAS E HUMPHREY , SUPERIOR COURT CHIEF JUSTICE
11/14/2008 PSYCHIATRIC EXAM -  STAGE THREE EXAM ORDERED ON 11/13/2008
          THOMAS E HUMPHREY , SUPERIOR COURT CHIEF JUSTICE
12/10/2008 LETTER -  FROM NON-PARTY FILED ON 12/04/2008

          LETTER FROM STATE FORENSIC INFORMING PARTIES THAT THE STAGE III IS SET FOR 12-15-08 @ 1:00
          P.M.
                                                  MRP
12/12/2008 HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 03/04/2009 @ 8:30 in Room No.   7


          MRP
12/12/2008 TRIAL -  JURY TRIAL SCHEDULED FOR 04/06/2009 @ 8:30 in Room No.   11


          NOTICE TO PARTIES/COUNSEL
                                                  MRP
12/12/2008 TRIAL -  JURY TRIAL NOTICE SENT ON 12/12/2008


          MRP
01/02/2009 PSYCHIATRIC EXAM -  STAGE THREE REPORT FILED ON 12/31/2008


02/03/2009 LETTER -  FROM NON-PARTY FILED ON 12/17/2008

          LETTER FROM STATE FORENSIC TO RIVERVIEW
03/04/2009 HEARING -  DISPOSITIONAL CONFERENCE HELD ON 03/04/2009
          JOYCE A WHEELER , JUSTICE
03/04/2009 TRIAL -  JURY TRIAL NOT HELD ON 03/04/2009


03/04/2009 PSYCHIATRIC EXAM -  STAGE THREE EXAM ORDERED ON 03/04/2009
          JOYCE A WHEELER , JUSTICE
03/04/2009 TRIAL -  JURY TRIAL SCHEDULED FOR 06/15/2009 @ 8:30 in Room No.   11


          NOTICE TO PARTIES/COUNSEL
03/04/2009 TRIAL -  JURY TRIAL NOTICE SENT ON 03/04/2009


03/04/2009 HEARING -  OTHER MOTION SCHEDULED FOR 05/22/2009 @ 8:30 in Room No.   7
          JOYCE A WHEELER , JUSTICE
          RELIEF FROM JOINDER
03/04/2009 ORDER -  COURT ORDER FILED ON 03/04/2009
          JOYCE A WHEELER , JUSTICE
          STAGE III ORDERED, DEF HAS UNTIL MAR 30, 09 TO FILE A MOTION FOR RECONSIDERATION OF ITS
          ORDER OF JOINDER DATED JAN 4, 08 AND ENTERED IN 07-1110, 07-1199, 07-1846 & 07-2126. THE
          STATE WILL HAVE 15 DAYS TO RESPOND TO THE DEFENDANTS MOTION. 08-590 WAS FILED AFTER THE
          ORDER OF JOINDER. THE STATE FILED A NOTICE JOINDER IN THIS CASE AND THE COURT EXPECTS THAT
          DEFENDANT WILL FILE A MOTION FOR RELIEF FROM PREJUDICIAL JOINDER WITH RESPECT TO 08-590.
          MOTION HEARINGS SET BEFORE J WHEELER 5-22-09 @ 8:30
03/05/2009 HEARING -  OTHER MOTION NOTICE SENT ON 03/05/2009

RELIEF FROM JOINDER
03/31/2009 MOTION - MOTION RELIEF PREJUDICIAL JOIN FILED BY DEFENDANT ON 03/31/2009

05/21/2009 HEARING - OTHER MOTION CONTINUED ON 05/21/2009

RELIEF FROM JOINDER
06/04/2009 ORDER - COURT ORDER FILED ON 06/02/2009
JOYCE A WHEELER , JUSTICE
ORDER ON RECONSIDERATION OF JOINDER THE ENTRY IS: CR-07-1110 & CR-07-1199, COUNTS II, III
& IV IN CR-07-1846, COUNTS II & III IN CR-08-590 ARE HEREBY JOINED BUT WITH NO OTHER CASES
INVOLVING OTHER VICTIMS; COUNT I IN CR-07-1846 & COUNT 1 IN CR-08-590 ARE HERBY JOINED
WITH EACH OTHER BUT WITH NO CASES INVOLVING DIFFERENT VICTIMS; AND CR-07-2162 SHALL BE
TRIED SEPERATLEY.

A TRUE COPY
ATTEST: _____
Clerk

STATE OF MAINE
  vs
FRANK LAPOMARDA
6 HOMESTEAD AVE
PORTLAND ME 04101

DOB: 12/12/1941
Attorney: CLIFFORD STRIKE
        STRIKE GOODWIN & O'BRIEN
        400 ALLEN AVENUE
        PORTLAND ME 04103
        RETAINED 07/08/2008

Filing Document: INDICTMENT
Filing Date: 08/10/2007

SUPERIOR COURT
CUMBERLAND, ss.
Docket No  PORSC-CR-2007-02126

**DOCKET RECORD**

State's Attorney: MEGIN ELAM

Major Case Type: FELONY (CLASS A,B,C)

## Charge(s)

1   AGGRAVATED ASSAULT                          07/27/2005 PORTLAND
Seq 629   17-A  208(1)(A)              Class B
   BAILEY                   / POR

## Docket Events:

08/14/2007 FILING DOCUMENT -  INDICTMENT FILED ON 08/10/2007

        TRANSFER -  BAIL AND PLEADING GRANTED ON 08/10/2007

        TRANSFER -  BAIL AND PLEADING REQUESTED ON 08/10/2007

08/14/2007 Party(s):  FRANK LAPOMARDA
        ATTORNEY -  APPOINTED ORDERED ON 08/10/2007

        Attorney: JON GALE
08/14/2007 Charge(s): 1
        HEARING -  ARRAIGNMENT SCHEDULED FOR 08/21/2007 @ 8:30 in Room No.  7
        WILLIAM  BRODRICK , JUSTICE
        RS
08/14/2007 Charge(s): 1
        HEARING -  ARRAIGNMENT NOTICE SENT ON 08/14/2007

        RS
08/22/2007 Charge(s): 1
        HEARING -  ARRAIGNMENT HELD ON 08/21/2007
        WILLIAM  BRODRICK , JUSTICE
        Attorney: JON GALE
        DA:  MEGIN ELAM        Reporter: DIANE MCMANUS
        Defendant Present in Court

        READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
        DEFENDANT.  21 DAYS TO FILE MOTIONS. NEW BAIL SET. DEFENDANT REMANDED.
                                        RS
08/22/2007 Charge(s): 1
        PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 08/21/2007

08/22/2007 BAIL BOND - $100,000.00 SURETY BAIL BOND SET BY COURT ON 08/21/2007
   WILLIAM BRODRICK , JUSTICE
   OR $50,000 CASH.                 RS
08/22/2007 BAIL BOND - SURETY BAIL BOND COND RELEASE ISSUED ON 08/21/2007
   WILLIAM BRODRICK , JUSTICE
   RS
09/28/2007 MOTION - MOTION TO AMEND BAIL FILED BY DEFENDANT ON 09/25/2007

   CONDITIONS OF RELEASE
                     MRP
09/28/2007 HEARING - MOTION TO AMEND BAIL SCHEDULED FOR 10/23/2007 @ 8:30 in Room No. 7

   NOTICE TO PARTIES/COUNSEL           MRP
09/28/2007 HEARING - MOTION TO AMEND BAIL NOTICE SENT ON 09/28/2007

10/31/2007 HEARING - MOTION TO AMEND BAIL HELD ON 10/23/2007
   WILLIAM BRODRICK , JUSTICE
   Attorney: JON GALE
   DA: MEGIN ELAM    Reporter: TIMOTHY THOMPSON
   Defendant Present in Court

   MOTION DENIED, DEFENDANT REMANDED.        TSK
10/31/2007 BAIL BOND - SURETY BAIL BOND CONTINUED AS SET ON 10/23/2007
   WILLIAM BRODRICK , JUSTICE
   TSK
10/31/2007 MOTION - MOTION TO AMEND BAIL DENIED ON 10/23/2007
   WILLIAM BRODRICK , JUSTICE
   COPY TO PARTIES/COUNSEL          TSK
11/06/2007 MOTION - OTHER MOTION FILED BY DEFENDANT ON 11/05/2007

   MOTION IN OPPOSITION TO STATE'S MOTION TO JOIN, MOTION TO SEVER
                   MRP
11/15/2007 HEARING - MOTION TO JOIN SCHEDULED FOR 01/04/2008 @ 8:30 in Room No. 8
   JOYCE A WHEELER , JUSTICE
   2 HOUR HEARING
11/15/2007 HEARING - MOTION TO JOIN NOTICE SENT ON 11/15/2007
   TRICIA KELLEY , ASSISTANT CLERK-E
   2 HORS
12/26/2007 MOTION - MOTION TO JOIN FILED BY STATE ON 12/20/2007

   AMENDED MOTION FILED 12/20/07 WITH MOEMO OF LAW - TSK
01/07/2008 MOTION - OTHER MOTION DENIED ON 01/04/2008

   MOTION IN OPPOSITION TO STATE'S MOTION TO JOIN, MOTION TO SEVER - MRP
               MOTION DENIED - TSK
01/07/2008 MOTION - MOTION TO JOIN GRANTED ON 01/04/2008
   JOYCE A WHEELER , JUSTICE
   CR07-1110 AND 07-1199 JOINED BY AGREEMENT. COUNTS 2,3 AND 4 ON DOCKET 07-1846 JOINED BY
   AGREEMENT.
01/07/2008 HEARING - MOTION TO JOIN HELD ON 01/04/2008
   JOYCE A WHEELER , JUSTICE
   Attorney: JON GALE
   DA: MEGIN ELAM    Reporter: TIMOTHY THOMPSON

Defendant Present in Court

TSK
02/12/2008 Charge(s): 1
    TRIAL - DOCKET CALL SCHEDULED FOR 03/07/2008 @ 8:30 in Room No. 11


JOANN HEBERT
02/14/2008 Charge(s): 1
    TRIAL - DOCKET CALL CONTINUED ON 02/14/2008


STAGE I PENDING
02/22/2008 PSYCHIATRIC EXAM - STAGE ONE EXAM ORDERED ON 02/19/2008
    JOYCE A WHEELER , JUDGE
02/29/2008 LETTER - FROM NON-PARTY FILED ON 02/29/2008


    LETTER FROM STATE FORENSICS INFORMING THE COURT OF EXAM ON 3/11/08 @8:30
                                                                    TSK
04/15/2008 PSYCHIATRIC EXAM - STAGE ONE REPORT FILED ON 04/11/2008


    MRP
07/02/2008 Charge(s): 1
    HEARING - STATUS CONFERENCE SCHEDULED FOR 08/05/2008 @ 8:30 in Room No. 7


    MRP
07/02/2008 Charge(s): 1
    HEARING - STATUS CONFERENCE NOTICE SENT ON 07/02/2008


07/08/2008 Party(s): FRANK LAPOMARDA
    ATTORNEY - RETAINED ENTERED ON 07/08/2008


    Attorney: CLIFFORD STRIKE
07/22/2008 PSYCHIATRIC EXAM - STAGE THREE REPORT FILED ON 07/17/2008


    MRP
07/23/2008 MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 07/14/2008


    Attorney: JON GALE
    TSK
07/24/2008 LETTER - FROM NON-PARTY FILED ON 07/16/2008


    LETTER FROM STATE FORENSIC INFORMING RIVERVIEW THAT THE DEFENDANT IS BEING DISCHARGED.


                                    MRP
07/24/2008 MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 07/23/2008
    THOMAS D WARREN , JUSTICE
    COPY TO PARTIES/COUNSEL                                          TSK
07/24/2008 Party(s): FRANK LAPOMARDA
    ATTORNEY - WITHDRAWN ORDERED ON 07/23/2008


    Attorney: JON GALE
08/06/2008 Charge(s): 1
    HEARING - STATUS CONFERENCE HELD ON 08/05/2008
    WILLIAM BRODRICK , JUSTICE

                SET ON NOV TRIAL LIST
08/22/2008 TRIAL -   DOCKET CALL SCHEDULED FOR 11/07/2008 @ 8:30 in Room No.   11


                MRP
10/20/2008 TRIAL -   DOCKET CALL NOTICE SENT ON 10/20/2008


                JH
11/10/2008 PSYCHIATRIC EXAM -   STAGE THREE EXAM ORDERED ON 11/13/2008
                THOMAS E HUMPHREY , SUPERIOR COURT CHIEF JUSTICE
11/10/2008 TRIAL -   DOCKET CALL HELD ON 11/07/2008


12/12/2008 HEARING -   DISPOSITIONAL CONFERENCE SCHEDULED FOR 03/04/2009 @ 8:30 in Room No.   7


                MRP
12/12/2008 TRIAL -   JURY TRIAL SCHEDULED FOR 04/06/2009 @ 8:30 in Room No.   11


                NOTICE TO PARTIES/COUNSEL
                                                        MRP
12/12/2008 TRIAL -   JURY TRIAL NOTICE SENT ON 12/12/2008


12/12/2008 HEARING -   DISPOSITIONAL CONFERENCE NOTICE SENT ON 12/12/2008


01/02/2009 PSYCHIATRIC EXAM -   STAGE THREE REPORT FILED ON 12/31/2008


02/03/2009 LETTER -   FROM NON-PARTY FILED ON 12/17/2008


                LETTER FROM STATE FORENSIC TO RIVERVIEW
03/04/2009 HEARING -   DISPOSITIONAL CONFERENCE HELD ON 03/04/2009
                JOYCE A WHEELER , JUSTICE
03/04/2009 TRIAL -   JURY TRIAL NOT HELD ON 03/04/2009


03/04/2009 PSYCHIATRIC EXAM -   STAGE THREE REPORT FILED ON 03/04/2009


03/04/2009 TRIAL -   JURY TRIAL SCHEDULED FOR 06/15/2009 @ 8:30 in Room No.   11


                NOTICE TO PARTIES/COUNSEL
03/04/2009 TRIAL -   JURY TRIAL NOTICE SENT ON 03/04/2009


03/05/2009 HEARING -   OTHER MOTION SCHEDULED FOR 05/22/2009 @ 8:30 in Room No.   7
                JOYCE A WHEELER , JUSTICE
                RELIEF FROM JOINDER
03/05/2009 ORDER -   COURT ORDER FILED ON 03/04/2009
                JOYCE A WHEELER , JUSTICE
                STAGE III ORDERED, DEF HAS UNTIL MAR 30, 09 TO FILE A MOTION FOR RECONSIDERATION OF IT'S
                ORDER OF JOINDER DATED JAN 4, 08 AND ENTERED IN 07-1110,07-1199, 07-1846 AND 07-2126. THE
                STATE WILL HAVE 15 DAYS TO RESPOND TO THE DEFENDANT'S MOTION. 08-590 WAS FILED AFTER THE
                ORDER OF JOINDER. THE STATE FILED A NOTICE OF JOINDER IN THIS CASE AND THE COURT EXPECTS
                THAT DEFENDANT WILL FILE A MOTION FOR RELIEF FROM PREJUDICIAL JOINDER WITH RESPECT TO 08-
                590. MOTION HEARING SET BEFORE J WHEELER 5-22-09 8:30
03/05/2009 HEARING -   OTHER MOTION NOTICE SENT ON 03/05/2009


                RELIEF FROM JOINDER
03/31/2009 MOTION -   MOTION RELIEF PREJUDICIAL JOIN FILED BY DEFENDANT ON 03/31/2009

05/21/2009 HEARING - OTHER MOTION CONTINUED ON 05/21/2009

      RELIEF FROM JOINDER

05/22/2009 HEARING - OTHER HEARING SCHEDULED FOR 06/01/2009 @ 9:00 in Room No. 8
      JOYCE A WHEELER , JUSTICE
      NOTICE TO PARTIES/COUNSEL                    MOTION FOR
      RELIEF OF JOINDER

06/01/2009 HEARING - OTHER HEARING HELD ON 06/01/2009
      JOYCE A WHEELER , JUSTICE
      Attorney: CLIFFORD STRIKE
      DA: MEGIN ELAM        Reporter: TIMOTHY THOMPSON
      Defendant Present in Court

      UNDER ADVISEMENT

06/04/2009 ORDER - COURT ORDER FILED ON 06/02/2009
      JOYCE A WHEELER , JUSTICE
      ORDER ON RECONSIDERATION OF JOINDER: THE ENTRY IS: CR-07-1110 & CR-07-1199, COUNTS II &
      III IN CR-08-590 ARE HERBY JOINED BUT WITH NO OTHER CASES INVOLVING OTHER VICTIMS COUNT I
      IN CR-07-1846 AND COUNT 1 IN CR-08-590 ARE HERBY JOINED WITH EACH OTHER BUT WITH NO CASES
      INVOLVING DIFFERENT VICTIMS; AND CR-07-2162 SHALL BE TRIED SEPERATELY

A TRUE COPY
ATTEST: _____
                Clerk

STATE OF MAINE              SUPERIOR COURT
  vs                          CUMBERLAND, ss.
FRANK  LAPOMARDA              Docket No  PORSC-CR-2008-00590
6 HOMESTEAD AVE
PORTLAND ME 04101             **DOCKET RECORD**

DOB: 12/12/1941
Attorney: CLIFFORD STRIKE        State's Attorney: ROBERT ELLIS
         STRIKE GOODWIN & O'BRIEN
         400 ALLEN AVENUE
         PORTLAND ME 04103
         RETAINED 07/07/2008

Filing Document: INDICTMENT         Major Case Type: FELONY (CLASS A,B,C)
Filing Date: 03/05/2008

## Charge(s)

**1   GROSS SEXUAL ASSAULT**         **04/22/2002 PORTLAND**
**Seq 4262   17-A   253(1)(A)**      **Class A**
   **BAILEY**           **/ POR**

**2   GROSS SEXUAL ASSAULT**         **04/22/2002 PORTLAND**
**Seq 4262   17-A   253(1)(A)**      **Class A**
   **BAILEY**           **/ POR**

**3   GROSS SEXUAL ASSAULT**         **04/22/2002 PORTLAND**
**Seq 4262   17-A   253(1)(A)**      **Class A**
   **BAILEY**           **/ POR**

## Docket Events:

03/06/2008 FILING DOCUMENT -  INDICTMENT FILED ON 03/05/2008

       TRANSFER -  BAIL AND PLEADING GRANTED ON 03/05/2008

       TRANSFER -  BAIL AND PLEADING REQUESTED ON 03/05/2008

03/06/2008 Charge(s): 1,2,3
       HEARING -  ARRAIGNMENT SCHEDULED FOR 04/09/2008 @ 8:30 in Room No.  7

03/06/2008 Party(s):  FRANK LAPOMARDA
       ATTORNEY -  APPOINTED ORDERED ON 03/05/2008

       Attorney:  JON GALE
03/06/2008 Charge(s): 1,2,3
       HEARING -  ARRAIGNMENT NOTICE SENT ON 03/06/2008
       STEPHANIE  TARANTINO , ASSISTANT CLERK
03/12/2008 OTHER FILING -  NOTICE OF JOINDER FILED BY STATE ON 03/05/2008

       CASE JOINED WITH 07-1846 AND 07-1110
04/09/2008 Charge(s): 1,2,3
       HEARING -  ARRAIGNMENT CONTINUED ON 04/09/2008
       NANCY  MILLS , JUSTICE
       Attorney:  JON GALE

DA: DEBORAH CHMIELEWSKI        Reporter: LISA BISHOP
CONTINUED FOR 30 DAYS. PENDING OUTCOME OF STAGE III.                    RS
04/09/2008 Charge(s): 1,2,3
         HEARING -  ARRAIGNMENT SCHEDULED FOR 05/13/2008 @ 8:30 in Room No.  7


         RS
04/09/2008 Charge(s): 1,2,3
         HEARING -  ARRAIGNMENT NOTICE SENT ON 04/09/2008


         RS
05/14/2008 Charge(s): 1,2,3
         HEARING -  ARRAIGNMENT CONTINUED ON 05/13/2008
         WILLIAM  BRODRICK , JUSTICE
         COMBINATION STAGE II AND III ORDERED.                          RS
05/14/2008 PSYCHIATRIC EXAM -  STAGE TWO EXAM ORDERED ON 05/13/2008
         WILLIAM  BRODRICK , JUSTICE
         RS
05/14/2008 PSYCHIATRIC EXAM -  STAGE THREE EXAM ORDERED ON 05/13/2008
         WILLIAM  BRODRICK , JUSTICE
                                                                       RS
05/16/2008 Charge(s): 1,2,3
         HEARING -  ARRAIGNMENT SCHEDULED FOR 07/22/2008 @ 8:30 in Room No.  7


         RS
05/16/2008 Charge(s): 1,2,3
         HEARING -  ARRAIGNMENT NOTICE SENT ON 05/16/2008


         RS
06/17/2008 LETTER -  FROM NON-PARTY FILED ON 06/12/2008


         LETTER FROM STATE FORENSIC INFORMING PARTIES THAT THE DEFENDANT WILL BE ADMITTED ON 6/3/08
         @ 10:00 A.M. INTO RIVERVIEW
                                           MRP
07/08/2008 Party(s):  FRANK LAPOMARDA
         ATTORNEY -  RETAINED ENTERED ON 07/07/2008


         Attorney:  CLIFFORD STRIKE
07/22/2008 Charge(s): 1,2,3
         HEARING -  ARRAIGNMENT HELD ON 07/22/2008
         WILLIAM  BRODRICK , JUSTICE
         Attorney:  CLIFFORD STRIKE
         Defendant Present in Court


         READING WAIVED. DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
         DEFENDANT.  21 DAYS TO FILE MOTIONS. NEW BAIL SET. DEFENDANT REMANDED.
                                           RS
07/22/2008 Charge(s): 1,2,3
         PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 07/22/2008


07/22/2008 BAIL BOND -  $50,000.00 CASH BAIL BOND SET BY COURT ON 07/22/2008
         WILLIAM  BRODRICK , JUSTICE
         RS
07/22/2008 TRIAL -  DOCKET CALL SCHEDULED FOR 11/07/2008 @ 8:30 in Room No.  11

RS
07/22/2008 PSYCHIATRIC EXAM -  STAGE THREE REPORT FILED ON 07/17/2008


MRP
07/23/2008 MOTION -  MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 07/14/2008


Attorney:  JON GALE
TSK
07/24/2008 LETTER -  FROM NON-PARTY FILED ON 07/16/2008

LETTER FROM STATE FORENSIC TO RIVERVIEW INDICATING THAT THE DEFENDANT IS DISCHARGED FROM
RIVER PSYCHIATRIC CENTER.
                                                   MRP
07/24/2008 MOTION -  MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 07/23/2008
THOMAS D WARREN , JUSTICE
COPY TO PARTIES/COUNSEL                                                    TSK
07/24/2008 Party(s):  FRANK LAPOMARDA
ATTORNEY -  WITHDRAWN ORDERED ON 07/23/2008


Attorney:  JON GALE
10/20/2008 TRIAL -  DOCKET CALL NOTICE SENT ON 10/20/2008


JH
11/10/2008 PSYCHIATRIC EXAM -  STAGE THREE EXAM ORDERED ON 11/13/2008


11/10/2008 TRIAL -  DOCKET CALL HELD ON 11/07/2008
THOMAS E HUMPHREY , SUPERIOR COURT CHIEF JUSTICE
12/05/2008 LETTER -  FROM NON-PARTY FILED ON 12/04/2008

LETTER FROM RIVERVIEW RE: DEFENDANT BEING ADMITTED 11-25-08 @ 11:00 A.M.
                                                   MRP
12/10/2008 LETTER -  FROM NON-PARTY FILED ON 12/04/2008

LETTER FROM STATE FORENSIC INFORMING PARTIES TAT THE STAE III IS SET FOR 12-15-08

                                             MRP
12/12/2008 HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 03/04/2009 @ 8:30 in Room No.  7


MRP
12/12/2008 TRIAL -  JURY TRIAL SCHEDULED FOR 04/06/2009 @ 8:30 in Room No.  11

NOTICE TO PARTIES/COUNSEL
                                                   MRP
12/12/2008 TRIAL -  JURY TRIAL NOTICE SENT ON 12/12/2008


12/12/2008 HEARING -  DISPOSITIONAL CONFERENCE NOTICE SENT ON 12/12/2008


MRP
01/02/2009 PSYCHIATRIC EXAM -  STAGE THREE REPORT FILED ON 12/31/2008


MRP
02/03/2009 LETTER -  FROM PARTY FILED ON 12/17/2008

03/04/2009 HEARING -  DISPOSITIONAL CONFERENCE HELD ON 03/04/2009
         JOYCE A WHEELER , JUSTICE
03/04/2009 TRIAL -   JURY TRIAL NOT HELD ON 03/04/2009

03/04/2009 PSYCHIATRIC EXAM -  STAGE THREE EXAM ORDERED ON 03/04/2009
         JOYCE A WHEELER , JUSTICE
03/04/2009 TRIAL -   JURY TRIAL SCHEDULED FOR 06/15/2009 @ 8:30 in Room No.  11

         NOTICE TO PARTIES/COUNSEL
03/04/2009 TRIAL -   JURY TRIAL NOTICE SENT ON 03/04/2009

03/05/2009 HEARING -  OTHER MOTION SCHEDULED FOR 05/22/2009 @ 8:30 in Room No. · 7
         JOYCE A WHEELER , JUSTICE
         RELIEF FROM PREJUDICIAL JOINDER
03/05/2009 ORDER -  COURT ORDER FILED ON 03/04/2009
         JOYCE A WHEELER , JUSTICE
         STAGE III ORDERED, DEF HAS UNTIL MAR 30, 09 TO FILE A MOTION FOR RECONSIDERATION OF ITS
         ORDER OF JOINDER DATED JAN 4, 08 AND ENTERED IN 07-1110, 07-1199, 07-1846 AND 07-2126. THE
         STATE WILL HAVE 15 DAYS TO RESPOND TO THE DEFENDANT'S MOTION. 08-590 WAS FILED AFTER THE
         ORDER OF JOINDER. THE STATE FILED A NOTICE OF JOINDER IN THIS CASE AND THE COURT EXPECTS
         THAT DEFENDANT WILL FILE A MOTION FOR RELIEF FROM PREJUDICIAL JOINDER WITH RESPECT TO 08-
         590. MOTION HEARING SET BEFORE J WHEELER ON 5-22-09
03/05/2009 HEARING -  OTHER MOTION NOTICE SENT ON 03/05/2009

         RELIEF FROM PREJUDICIAL JOINDER
03/31/2009 MOTION -  MOTION RELIEF PREJUDICIAL JOIN FILED BY DEFENDANT ON 03/31/2009

05/21/2009 HEARING -  OTHER MOTION CONTINUED ON 05/21/2009

         RELIEF FROM PREJUDICIAL JOINDER
05/22/2009 HEARING -  OTHER HEARING SCHEDULED FOR 06/01/2009 @ 9:00 in Room No.  8
         JOYCE A WHEELER , JUSTICE
         NOTICE TO PARTIES/COUNSEL                                         MOTION FOR
         RELIEF OF JOINDER
06/04/2009 HEARING -  OTHER HEARING HELD ON 06/01/2009
         JOYCE A WHEELER , JUSTICE
06/04/2009 ORDER -  COURT ORDER FILED ON 06/02/2009
         JOYCE A WHEELER , JUSTICE
         ORDER ON RECONSIDERATION OF JOINDER: THE ENTRY IS: CR-07-1110 & CR-07-1199, COUNTS II, III
         & IV IN CR-07-1846, COUNTS II & III IN CR 08-590 ARE HEREBY JOINED BUT WITH NO OTHER CASES
         INVOLVING OTHER VICTIMS; COUNT I IN CR 07-1846 & COUNT I IN CR-08-590 ARE HEREBY JOINED
         WITH EACH OTHER BUT WITH NO CASES INVOLVING DIFFERENT VICTIMS; AND CR 07-2162 SHALL BE
         TRIED SEPRATELY

A TRUE COPY
ATTEST: _____
                    Clerk